UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-62678-Civ-SCOLA

PEDRO WONG,

    Plaintiff,
vs.

DYNAMIC RECOVERY SOLUTIONS, LLC

    Defendant.
_____/

### Order Of Dismissal

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Notice of Settlement and Stipulation for Dismissal with Prejudice, ECF No. 12.) The Clerk will **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on April 4, 2014.

Robert N. Scola, Jr.
**United States District Judge**